**Order entered January 16, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00822-CR

### WILLIAM TRAVIS HENDRIX, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82997-2017**

## ORDER

The reporter's record was filed December 12, 2018. Missing from the record are State's exhibits 58 and 59, offered and admitted at trial. We **ORDER** court reporter Antoinette Varela to file, **WITHIN FOURTEEN DAYS** of the date of this order, a supplemental reporter's record containing true and correct playable copies of State's Exhibit 58 and 59.

/s/    LANA MYERS
       JUSTICE